**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

| | |
|---|---|
| Dale Edward Rinde, | Case Type: Personal Injury |
| Plaintiff, | Court File No. 00CV1394 JRT/FLN |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| The Burlington Northern and Santa Fe Railway Company, | |
| Defendant. | |

---

It is hereby stipulated by the parties hereto, through the undersigned, their respective attorneys, that all claims may be and hereby are dismissed on the merits with prejudice, but without costs and disbursements to either party. The Clerk of the Court, upon the filing of this Stipulation, is hereby authorized and directed to enter a dismissal of this action.

Dated: 24 August 2001

MEYER & ASSOCIATES, P.A.

By D. Scott Dunham
D. Scott Dunham
Atty. Reg. No. 249191
Attorneys for Plaintiff
Park Place East, Suite 610
5775 Wayzata Boulevard
St. Louis Park, MN 55416
(952) 544-8985

Dated: 8/28/01

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By Julius W. Gernes
Julius W. Gernes
Atty. Reg. No. 189704
Attorneys for Defendant
Suite 600, Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 223-8000

SEP 06 2001

***ORDER FOR JUDGMENT OF DISMISSAL***

Based upon the foregoing Stipulation of Dismissal,

*IT IS HEREBY ORDERED* that the above-entitled matter shall be dismissed on its merits with prejudice, without further costs and disbursements to any party.

Dated: 9/6/2001

BY THE COURT:

John R. Tunheim

Judge of the United States District Court

cc\s:\rinde\pleadings\stipdism.doc

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500